MARJIE D. BARROWS (State Bar No. 122129)
RHYS W. CHEUNG (State Bar No. 228091)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, California 94608
Telephone: (510) 740-1500
Facsimile:  (510) 740-1501

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly known as THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELROZ LORTON LIMITED PARTNERSHIP, LP, a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, a corporation,<br><br>Defendant. | Case No. C 04-04431 PJH ARB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1.   WHEREAS, the parties to this action have reached a settlement and placed the terms of the settlement on the record on May 26, 2005; and

2.   WHEREAS, Plaintiff Melroz Lorton Limited Partnership, LP has agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(1); and

3.   WHEREAS, the parties will execute a Mutual Settlement Agreement and Release in Full; and

4.   WHEREAS, the parties to this action agree that each side is to bear its own fees and costs in this matter; and

5.   The parties to this action agree, through their respective attorneys, that Plaintiff Melroz Lorton Limited Partnership, LP hereby dismisses this action in its entirety, with prejudice.

DATED: ~~May~~ July 5, 2005   **RUDLOFF WOOD & BARROWS LLP**

By: _____
   Marjie D. Barrows

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly known as THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

DATED: ~~May~~ 24, 2005   **LAW OFFICE OF ROBERT C. CHILES**

By: _____
   Robert C. Chiles

Attorney for Plaintiff MELROZ LORTON LIMITED PARTNERSHIP, L.P.

### ORDER

The Court has considered the above stipulation and, IT IS SO ORDERED.

DATED: July 7, 2005

_____
The Honorable Phyllis J. Hamilton

F:\Trvl\Melroz Lorton Ltd. Partnership.203\Pleadings\Stipulation & Order of Dismissal w-prejudice.wpd

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. C 04-04431 PJH ARB

2